UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOHN ANDREWS,**

    **Plaintiff,**

**v.**                                            **Case No. 5:24-cv-15-TKW-MJF**

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4) and Plaintiff's objection (Doc. 5). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice because Plaintiff has not paid the filing fee and is barred by the "three strikes statute," 28 U.S.C. §1915(g), from proceeding *in forma pauperis*. The Court did not overlook Plaintiff's argument that he is under "imminent danger of serious physician injury," but that argument is unpersuasive for the reasons stated by the magistrate judge, *see* Doc. 4

at 5-6, and because it is grounded on nothing more than speculation about things that might conceivably happen to Plaintiff as some unknown point in the future.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice under 28 U.S.C. §1915(g).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 12th day of February, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**